UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA  -  WEST PALM BEACH DIVISION

In re:

Mark Gene Santiago,
    Debtor(s).

CASE NO. 09-13802-EPK
CHAPTER 7 CASE

### NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** of the substitution of Mark E. Steiner, Esq. of the Law Offices of David J. Stern, P.A. for Anila S. Rasul, Esq., of the Law Offices of David J. Stern, P.A., as attorney for Wells Fargo Bank, N.A. dba America's Servicing Company, as Servicer for U.S. Bank National Association, not in its individual capacity, but solely as Trustee of the Banc of America Funding Trust 2007-2, its Successors and/or Assigns in this case.

The Clerk is requested to remove Anila S. Rasul, Esq. from the CM-ECF mailing matrix.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served electronically or by U.S. mail, first-class postage prepaid this 20 day of July 2009, to: Mark Gene Santiago,  1892 Barnstable Road, West Palm Beach, FL 33414; Deborah Menotte, Trustee, POB 211087, West Palm Beach, FL 33421, U.S. Trustee Office of the US Trustee, 51 S.W. 1st Avenue, Suite 1204, Miami, FL 33130.

LAW OFFICES OF DAVID J. STERN, P.A.
Attorney for Secured Creditor
900 South Pine Island Rd, Suite 400
Plantation, FL 33324
Phone: (954) 233-8000 / Fax: (954) 233-8111

/s/ Anila S. Rasul

Anila S. Rasul, Esq.,  Fla. Bar No. 36378

/s/Mark E. Steiner

Mark E. Steiner, Fla. Bar No. 0028513

07-99583(ASCF).sub