09-13802

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

In re: MARK GENE SANTIAGO,　　　　　　　　Case No.: 09-1382-EPK
　　　　　　　　　　　　　　　　　　　　　　Chapter 7

_____Debtor_____/

## MOTION TO REOPEN CHAPTER 7 CASE AND ADD CREDITOR

   **COMES NOW** MARK GENE SANTIAGO, Pro Se, who respectfully moves the Court to issue an Order reopening this Chapter 7 case so that the Debtor may add creditor and obtain a discharge.

1. The Debtor has been added to a lawsuit for a claim that was made prior to the above styled bankruptcy being discharged.

2. Granting this motion will not cause any harm to any of the parties, whereas not granting this motion will cause irreparable harm to the Debtor.

   **WHEREFORE** the Debtor respectfully moves the Court to issue an Order reopening his bankruptcy case allowing him to add creditor.

_____
Mark Gene Santiago, Pro Se

### CERTIFICATE OF SERVICE

   The undersigned certifies that a copy of the foregoing was served upon: *Trustee* **Deborah Menotte,** POB 211087, West Palm Beach, FL 33421, *U.S. Trustee,* **Office of the US Trustee,** 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130, this _27th_ day of _January_, 2010, by U.S. Mail.

_____
Mark Gene Santiago, Pro Se
1892 Barnstable Rd.
West Palm Beach, FL 33414
561-793-8306  /561 2155120